THE CITY OF NEW YORK, Respondent, *v.* MASON & HANGER COMPANY, INC., Appellant.

Argued October 12, 1944; decided November 16, 1944.

*George J. Conway* and *George A. Garvey* for appellant.

*Ignatius M. Wilkinson,* Corporation Counsel (*Samuel A. Bloom* and *James Hall Prothero* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: THACHER, J.